UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14082-CR-MARTINEZ/LYNCH(s)

UNITED STATES OF AMERICA
    Plaintiff,

vs.

ARTURO DELGADO-ALMAZAN,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 15, 2008. A Report and Recommendation was filed on January 24, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count Three of the Superseding Indictment which charges the Defendant with being an alien having been convicted of an aggravated felony, to wit: Possession of Cocaine with Intent to Sell, a felony of the second degree, on or about November 14, 2005, in Case No. 05CF008120, in Palm Beach County, Florida, having been previously arrested and deported to Mexico on or about December 22, 2005, did enter and attempt to enter the United States, knowingly and unlawfully, without the attorney General of the United States or his successor, the

Secretary for the Department of Homeland Security as designated by Title 6, United States Code, Sections 202(3) and 202(4), and 557, having expressly consented to such aliens's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326 (a)(b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of February, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office